## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PAMELA JEAN SUTHERLAND | ) | CASE NO. 18-50604-ACS |
| | ) | |
| DEBTOR | ) | |
| | ) | |
| MARK LITTLE, TRUSTEE | ) | A.P. NO. 19-05001 |
| | ) | |
| PLAINTIFF | ) | |
| vs. | ) | |
| | ) | |
| TOYOTA MOTOR CREDIT CORPORATION | ) | |
| | ) | |
| And | ) | |
| | ) | |
| KEITH OWEN KINCAID | ) | |
| | ) | |
| DEFENDANTS | ) | |

_____

### AGREED JUDGMENT

The Plaintiff, Mark Little, Trustee, by Counsel and the Defendant, Toyota Motor Credit Corporation , by counsel, having moved this Court to enter an agreed judgment which settles and resolves all issues in this adversary proceeding; and the Court having reviewed the pleadings and being otherwise duly and sufficiently advised:

IT IS HEREBY ORDERED AND AJUDGED AS FOLLOWS:

1. The security interest held by the Defendant, Toyota Motor Credit Corporation, in the 2018 Toyota Tundra pickup truck (Vin # 5TFAW5F10JX730810) is not timely perfected.

2. The Trustee's interest in the said vehicle is superior to the Defendant's interest pursuant

to 11 U.S.C. §544.

3. The Defendant may dispose of the said vehicle free and clear of any and all unperfected liens as of the petition date. The Trustee may recover the value of any security interest the Defendant, Toyota Motor Credit Corporation has avoided by disposing of the vehicle free and clear of the Defendant's unperfected security interest. The unperfected security interest of the Defendant is preserved for the benefit of the bankruptcy estate.

4. The Defendant, Toyota Motor Credit Corporation shall have an allowed unsecured claim in the amount of $56,264.61.

_____
Alan C. Stout
United States Bankruptcy Judge
Dated: June 26, 2019

Prepared By:

/s/ Mark Little
Mark Little
Attorney for the Trustee
1917 Versnick Drive
Madisonville, Kentucky 42431
(270) 821-0110
trustee@littlelawky.com

Have Seen and Agree:

/s/ Jon J. Lieberman. (with permission)
Jon J. Lieberman
Attorney for Toyota Motor Credit Corp.
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, Ohio 45140
(513) 444-4100
Jon.Lieberman@sottileandbarile.com